UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action Number 1:20-cv-02834-SKC

Lesley J Perceval,
    Plaintiff,

v.

Experian Information Solutions, Inc;
Equifax Information Services, LLC;
Trans Union, LLC,
    Defendants.

---

**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC**

---

PLEASE TAKE NOTICE that Plaintiff files this notice of settlement pursuant to D.C.COLO.LCivR 40.2(b). The parties have reached an agreement on all material terms required to settle all of Plaintiff's claims against Trans Union, LLC pending in this action.

The parties anticipate that the performance of the terms of the settlement agreement will be completed within thirty (30) days of the date of this notice, at which time, the parties shall file a Stipulation for Dismissal of the claims asserted against Trans Union, LLC.

Dated: October 21, 2020               Respectfully submitted,

By:  /s/ Matthew R. Osborne
Matthew R. Osborne, P.C.
11178 Huron Street, Suite 7
Northglenn, CO 80234
matt@mrosbornelawpc.com
303-759-7018

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on 10/21/2020, I filed a true and correct copy of the foregoing Notice of Settlement via the Court's CM/ECF system, which will automatically send notice to:

All counsel of record.

s/ Mike Nobel