**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  20-cv-02834-LTB

LESLEY J. PERCEVAL,

       Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES, LLC, and
TRANS UNION LLC,

       Defendants.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice of Trans Union LLC (Doc 15 - filed December 2, 2020), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE as to Defendant Trans Union LLC only,** each party to pay their own fees and costs.

                      BY THE COURT:

                       s/Lewis T. Babcock
                       Lewis T. Babcock, Judge

DATED:   December 3, 2020