## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## LEWIS T. BABCOCK, JUDGE

Civil Case No.  20-cv-02834-LTB

LESLEY J. PERCEVAL,

      Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES, LLC, and

      Defendants.
_____

### ORDER
_____

THIS MATTER having come before the Court on the Stipulation to Dismiss Party Equifax Information Services, LLC With Prejudice (Doc 19 - filed December 16, 2020), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE as to Defendant Equifax Information Services, LLC only,** each party to pay their own fees and costs.

      BY THE COURT:

        s/Lewis T. Babcock  
      Lewis T. Babcock, Judge

DATED:  December 17, 2020