**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  20-cv-02834-LTB-SKC

LESLEY J. PERCEVAL,

      Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

      Defendant.

_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulation to Dismiss Case With Prejudice (Doc 26 - filed April 8, 2021), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE ,** each party to pay their own fees and costs.

      BY THE COURT:

      　s/Lewis T. Babcock
      Lewis T. Babcock, Judge

DATED:  April 9, 2021